UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLLETTE WYNNE, an individual, | Case No. 2:16-cv-02771-MCE-CKD |
| Plaintiff, | **CONSENT ORDER OF DISMISSAL** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC.; DOES 1 through 100, | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED THAT all claims in the above-captioned action are dismissed with prejudice and that the parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE